■ MICHAEL A. LEO et al., Respondents, v F.L. HEUGHES & Co., INC., Appellant, and ARTCO CONTRACTING, INC., et al., Respondents. ARTCO CONTRACTING, INC., Third-Party Plaintiff-Respondent, v NIAGARA ERECTING, INC., Third-Party Defendant-Appellant. F.L. HEUGHES & Co., INC., Third-Party Plaintiff-Respondent, v NIAGARA ERECTING, INC., Third-Party Defendant-Appellant. (Appeal No. 2.) [698 NYS2d 192] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in Leo v Artco Contr. (266 AD2d 808 [decided herewith]). (Appeals from Order of Supreme Court, Niagara County, Joslin, J.— Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Scudder and Balio, JJ.